JUDGE FORREST

13 CV 5349

OFFICE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMARTMATIC USA CORPORATION, SMARTMATIC INTERNATIONAL CORPORATION, and SMARTMATIC SERVICES CORPORATION<br><br>Plaintiffs,<br><br>-v-<br><br>DOMINION VOTING SYSTEMS CORPORATION and DOMINION VOTING SYSTEMS, INC.,<br><br>Defendants. | Civ. 13-_____ |



**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS DOMINION VOTING SYSTEMS CORPORATION AND DOMINION VOTING SYSTEMS, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Dominion Voting Systems Corporation and Dominion Voting Systems, Inc., by their undersigned counsel, hereby state as follows:

Dominion Voting Systems Corporation is the parent corporation of Dominion Voting Systems, Inc. Dominion Voting Systems Corporation does not have any parent corporation.

No publicly held corporation owns 10% or more of either Dominion Voting Systems Corporation's or Dominion Voting Systems, Inc.'s stock.

ActiveUS 113388077v.2

Dated: New York, New York
July 31, 2013

        WILMER CUTLER PICKERING
        HALE AND DORR LLP

By: _____
George W. Shuster, Jr.
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800

Richard A. Johnston
60 State Street
Boston, MA 02109
Tel: (617) 526-6282

*Counsel for Defendants Dominion Voting Systems Corporation and Dominion Voting Systems, Inc.*