UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
)
SMARTMATIC USA CORPORATION,                )
SMARTMATIC INTERNATIONAL                   )
CORPORATION, and SMARTMATIC                )
SERVICES CORPORATION                       )
                                           )   Civ. 13-05349 (KBF)
          Plaintiffs,                      )
                                           )
     -v-                                   )
                                           )
DOMINION VOTING SYSTEMS                    )
CORPORATION and DOMINION VOTING            )
SYSTEMS, INC.,                             )
                                           )
          Defendants.                      )
_____)

# NOTICE OF MOTION
# TO TRANSFER VENUE

PLEASE TAKE NOTICE that Defendants Dominion Voting Systems Corporation and Dominion Voting Systems, Inc., upon the accompanying Memorandum of Law in Support of Defendants' Motion to Transfer Venue and the exhibits attached thereto, will move, by and through their undersigned attorneys, before the Honorable Katherine B. Forrest, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, New York 10007, on such date and time as the Court will determine, for an Order under 28 U.S.C. § 1412 and/or § 1404(a) transferring this action to the United States District Court for the District of Colorado.

Dated:  August 1, 2013

        WILMER CUTLER PICKERING
         HALE AND DORR LLP

        By: /s/ George W. Shuster, Jr._____
        George W. Shuster, Jr.
        Jeremy S. Winer
        7 World Trade Center
        250 Greenwich Street
        New York, New York 10007
        Tel:  (212) 230-8800

        Richard A. Johnston
        60 State Street
        Boston, MA 02109
        Tel:  (617) 526-6282

*Counsel for Defendants Dominion Voting Systems Corporation and Dominion Voting Systems, Inc.*