UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMARTMATIC USA CORPORATION, SMARTMATIC INTERNATIONAL CORPORATION, and SMARTMATIC SERVICES CORPORATION<br><br>Plaintiffs,<br><br>-v-<br><br>DOMINION VOTING SYSTEMS CORPORATION and DOMINION VOTING SYSTEMS, INC.,<br><br>Defendants. | Civ. 13-05349 (KBF) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of August, 2013, a true and correct copy of the following:

- **NOTICE OF MOTION TO TRANSFER VENUE, with MEMORANDUM OF LAW IN SUPPORT OF MOTION TO TRANSFER VENUE;**

- **DECLARATION OF GEORGE W. SHUSTER, JR. IN SUPPORT OF NOTICE OF REMOVAL AND MOTION TO TRANSFER VENUE WITH EXHIBITS A-O;** and

- **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS DOMINION VOTING SYSTEMS CORPORATION AND DOMINION VOTING SYSTEMS, INC.**

were filed using the CM/ECF and served by overnight mail, postage prepaid as follows:

Ira S. Greene
Khang V. Tran
David R. Michaeli
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022


Dated: New York, New York
August 1, 2013

                                        /s/ George W. Shuster, Jr.
                                        George W. Shuster, Jr.
                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, New York 10007
                                        Tel:  (212) 230-8800

                                        *Counsel for Defendants Dominion Voting Systems*
                                        *Corporation and Dominion Voting Systems, Inc.*