**WILMERHALE**

**By Hand**

August 1, 2013

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street, Room 730
New York, NY 10007

George W. Shuster Jr.

+1 212 937 7232 (t)
+1 212 230 8888 (f)
george.shuster@wilmerhale.com

RECEIVED AUG 02 2013
KATHERINE B. FORREST
U.S. DISTRICT JUDGE
S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 5 2013

Re: **Smartmatic USA Corporation, Smartmatic International Corporation, and Smartmatic Services Corporation v. Dominion Voting Systems Corporation and Dominion Voting Systems, Inc.**, No. 13-cv-05349-KBF

Dear Judge Forrest:

     This firm represents the defendants, Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. (collectively, "Dominion"), in the above-referenced matter. On July 31, 2013 Dominion filed with the Court a Notice of Removal of this action from the Supreme Court for the State of New York, County of New York. Dominion respectfully requests the Court's approval of an agreement between Dominion and the plaintiffs in this action to extend the time for Dominion to answer or otherwise respond to the complaint from August 7, 2013 to August 16, 2013.

     In accordance with Section 1.G of Your Honor's Individual Practices in Civil Cases, Dominion provides the following information:

     **a. Original due date.** August 7, 2013 (7 days from the filing of Dominion's Notice of Removal).

     **b. Proposed due date.** August 16, 2013.

     **c. Number of previous requests.** Dominion has not previously requested an extension in this action.

     **d. Whether previous requests granted or denied.** Not applicable.

     **e. Whether the adversary consents.** The plaintiffs have agreed to an extension to August 16, 2013.

     **f. Explanation of appropriateness.** This short extension is appropriate based on the plaintiffs' consent and because it will not delay the Court's adjudication of this action.

WILMERHALE

Honorable Katherine B. Forrest
August 1, 2013
Page 2

      Based on the foregoing, Dominion respectfully requests the Court's approval of the agreement between Dominion and the plaintiffs in this action to extend the time for Dominion to answer or otherwise respond to the complaint from August 7, 2013 to August 16, 2013.

Sincerely,

George W. Shuster, Jr.

*/s/ George W. Shuster, Jr.*

cc: Ira S. Greene (by Hand Delivery)
    Khang V. Tran
    David R. Michaeli
    Hogan Lovells US LLP
    875 Third Avenue
    New York, NY 10022

*Ordered*

*Application granted.*

*8/5/13   K. B. Forrest*
               *USDJ*