

**Hogan Lovells**

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

August 13, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/14/13
```

The Honorable Judge Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 15A
New York, New York 10007
BY HAND DELIVERY

Re:   Smartmatic USA Corporation et al. v. Dominion Voting Systems Corporation et al.,
      13 Civ. 05349 (KBF)

Dear Judge Forrest:

We write on behalf of plaintiffs Smartmatic USA Corporation ("Smartmatic USA"), Smartmatic International Corporation ("Smartmatic International") and Smartmatic Services Corporation ("Smartmatic Services" and together with Smartmatic USA and Smartmatic International, collectively, "Smartmatic" or the "Plaintiffs") to respectfully request, pursuant to your individual rule 1(G), a brief extension of Plaintiffs' August 15, 2013 deadline to oppose defendants' motion to transfer venue to the District of Colorado. Plaintiffs seek to extend this deadline to August 30, 2013 in order to file plaintiffs' opposition papers concurrently with plaintiffs' motion to remand this matter to New York State Supreme Court. Plaintiffs have not made any previous requests for extensions and are authorized to represent that defendants consent to this request.

Respectfully submitted,

*/s/ David R. Michaeli*

David R. Michaeli
Ira S. Greene
Khang V. Tran
875 Third Avenue
New York, NY 10022
Tel:   (212) 918-3000
Fax:   (212) 918-3100
Email: David.Michaeli@hoganlovells.com
       Ira.Greene@hoganlovells.com
       Khang.Tran@hoganlovells.com

*Counsel for Smartmatic USA Corporation,
Smartmatic International Corporation
and Smartmatic Services Corporation*

---

ORDERED: Application granted. Opposition to motion to transfer venue now due 8/30/13. If the basis for plaintiff's motion to remand is largely the same as its opposition to transfer venue, then (1) defendants' reply brief to the motion to transfer venue shall also include its opposition to the motion to remand and (2) plaintiff shall not file a reply to the motion to remand.
SO ORDERED.
8/14/13

_/s/ K. B. Forrest_____
KATHERINE B. FORREST, USDJ