# **Exhibit D**

Order Granting Amended Ex Parte Motion for Order to Conduct Rule 2004 Examination of Dominion Voting Systems Corporation and Dominion Voting Systems, Inc.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In re:                                         )
                                               )   Case No. 10-24238 HRT
SVS HOLDINGS, INC.,                            )
                                               )   Chapter 11
           Debtor.                             )

**ORDER GRANTING** AMENDED *EX PARTE* MOTION FOR ORDER TO CONDUCT
**RULE 2004 EXAMINATION OF DOMINION VOTING SYSTEMS CORPORATION**
AND DOMINION VOTING SYSTEMS, INC.

THIS MATTER comes before the Court on the *Ex Parte* Motion for Order to Conduct Rule 2004 Examination of Dominion Voting Systems Corporation (the "Motion") filed by Smartmatic Corporation ("Smartmatic") through Brent Cohen. Having reviewed the Motion and the file and being otherwise advised in the premises, the Court

ORDERS that the Motion shall be, and hereby, is GRANTED.

Dated: August  6th  , 2010.

_____
Howard R. Tallman,
U.S. Bankruptcy Court, Chief Judge

{00828261 / 1}