# **Exhibit G**

Order on Motion to Convert and Motion for Authority and Standing, or in the Alternative, for Appointment of Trustee

UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Honorable Howard R. Tallman

| | |
|---|---|
| In re: | ) |
| | ) |
| SVS Holdings, Inc. | ) Case No. 10-24238 HRT |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

**ORDER ON MOTION TO CONVERT AND MOTION FOR AUTHORITY AND STANDING, OR IN THE ALTERNATIVE, FOR APPOINTMENT OF TRUSTEE**

  THIS MATTER came before the Court on the motions filed by creditor Smartmatic Corporation, by its successor in interest Smartmatic USA Corporation, filed on September 21, 2012: the Motion to Convert Case from Chapter 11 to Chapter 7 (docket #103); and Motion for Authority and Standing to Prosecute Causes of Action on Behalf of the Debtor, or in the alternative, to Appoint Trustee (docket #106, #107); as well as the Objections filed by Debtor (docket #113), Dominion Voting Systems (docket #112), Jack Blaine (docket #114) and Sequoia Voting Systems, Inc. (Docket #115). For the reasons stated on the record at the hearing held on October 16, 2012, the Debtor's case is hereby CONVERTED to one under Chapter 7, and Smartmatic's Motion for Authority and Standing, or in the Alternative, for Appointment of Trustee, is DENIED as MOOT.

  Dated this 16th day of October, 2012.

                  BY THE COURT:

                  *Howard Tallman*
                  _____
                  Howard R. Tallman, Chief Judge
                  United States Bankruptcy Court