UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                        )
SMARTMATIC USA CORPORATION,             )
SMARTMATIC INTERNATIONAL                )
CORPORATION, and SMARTMATIC             )
SERVICES CORPORATION                    )
                                        )   Civ. 13-05349 (KBF)
           Plaintiffs,                  )
                                        )
           -v-                          )
                                        )
DOMINION VOTING SYSTEMS                 )
CORPORATION and DOMINION VOTING         )
SYSTEMS, INC.,                          )
                                        )
           Defendants.                  )
_____)

**DOMINION VOTING SYSTEMS CORPORATION'S AND DOMINION VOTING SYSTEMS, INC.'S NOTICE OF JURY DEMAND**

Defendants Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. (collectively, "Dominion"), in accordance with Fed.R.Civ.P. 38 hereby demand a jury on all issues so triable in this case.  Dominion does not consent to a jury trial in any bankruptcy court.

1

Dated:  August 16, 2013

                WILMER CUTLER PICKERING
                  HALE AND DORR LLP

                By: /s/ George W. Shuster, Jr.
                George W. Shuster, Jr.
                Jeremy S. Winer
                7 World Trade Center
                250 Greenwich Street
                New York, New York 10007
                Tel:  (212) 230-8800

                Richard A. Johnston
                60 State Street
                Boston, MA 02109
                Tel:  (617) 526-6282

*Counsel for Defendants Dominion Voting Systems Corporation and Dominion Voting Systems, Inc.*