UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
)
SMARTMATIC USA CORPORATION,                )
SMARTMATIC INTERNATIONAL                   )
CORPORATION, and SMARTMATIC                )
SERVICES CORPORATION                       )
                                           )   Civ. 13-05349 (KBF)
                Plaintiffs,                )
                                           )
        -v-                                )
                                           )
DOMINION VOTING SYSTEMS                    )
CORPORATION and DOMINION VOTING            )
SYSTEMS, INC.,                             )
                                           )
                Defendants.                )
_____)

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this 16th day of August, 2013, a true and correct copy of the following:

- **NOTICE OF MOTION BY DOMINION VOTING SYSTEMS CORPORATION AND DOMINION VOTING SYSTEMS, INC. TO DISMISS THE COMPLAINT, OR, IN THE ALTERNATIVE, TO STAY THE ACTION,** with **MEMORANDUM OF LAW IN SUPPORT;** and

- **DECLARATION OF GEORGE W. SHUSTER, JR. IN SUPPORT OF MOTION BY DOMINION VOTING SYSTEMS CORPORATION AND DOMINION VOTING SYSTEMS, INC. TO DISMISS THE COMPLAINT, OR, IN THE ALTERNATIVE, TO STAY THE ACTION, with EXHIBITS A-L;** and

- **DOMINION VOTING SYSTEMS CORPORATION'S AND DOMINION VOTING SYSTEMS, INC.'S NOTICE OF JURY DEMAND.**

were filed using the CM/ECF and served by overnight mail as follows:

Ira S. Greene
Khang V. Tran
David R. Michaeli
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022


Dated: New York, New York
August 16, 2013

                                        /s/ George W. Shuster, Jr.
                                        George W. Shuster, Jr.
                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, New York 10007
                                        Tel:  (212) 230-8800

                                        *Counsel for Defendants Dominion Voting Systems*
                                        *Corporation and Dominion Voting Systems, Inc.*