```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        :

SMARTMATIC USA CORP., et al.,            :

                                         Plaintiffs,      :      13-CV-5349 (KBF)
                        -v-                         :
                                                        :          ORDER

DOMINION VOTING SYSTEMS CORP.  :
and DOMINION VOTING SYSTEMS, INC, :
                                                        :
                             Defendants.    :
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

       The Court has reviewed defendants' correspondence requesting an adjournment of the initial pretrial conference in this matter. It is hereby

       ORDERED that the IPTC is adjourned from October 11, 2013 to <u>Friday, October 25, 2013, at 12:00 p.m.</u>

SO ORDERED.

Dated:      New York, New York
               August 21, 2013

                                                    _____
                                                       KATHERINE B. FORREST
                                                       United States District Judge