UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMARTMATIC USA CORPORATION, SMARTMATIC INTERNATIONAL CORPORATION, and SMARTMATIC SERVICES CORPORATION<br><br>Plaintiffs,<br><br>-v-<br><br>DOMINION VOTING SYSTEMS CORPORATION and DOMINION VOTING SYSTEMS, INC.,<br><br>Defendants. | Civ. 13-05349 (KBF) |

**MOTION TO ADMIT (Richard A. Johnston)**
*PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Richard A. Johnston, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. in this action.

I am active member of the bar in good standing for the Commonwealth of Massachusetts, and there are no pending disciplinary proceedings against me in any State or Federal Court.

My address is Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109, Telephone: (617) 526-6282, e-mail: richard.johnston@wilmerhale.com.

Dated: Boston, Massachusetts

August 23, 2013

/s/ Richard A. Johnston_____
Richard A. Johnston

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMARTMATIC USA CORPORATION, SMARTMATIC INTERNATIONAL CORPORATION, and SMARTMATIC SERVICES CORPORATION<br><br>Plaintiffs,<br><br>-v-<br><br>DOMINION VOTING SYSTEMS CORPORATION and DOMINION VOTING SYSTEMS, INC.,<br><br>Defendants. | Civ. 13-05349 (KBF) |

## CERTIFICATE OF SERVICE

I, Richard A. Johnston, hereby declare as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale & Dorr LLP,
2. I hereby certify, that on August 23, 2013, a copy of Motion for Admission to Practice, *Pro Hac Vice* was served on counsel of record via overnight mail

I declare that the foregoing is true and correct.


Dated: Boston, Massachusetts

   August 23, 2013

                                                                /s/ Richard A. Johnston_____
                                                                Richard A. Johnston