UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 6 2013

| | |
|---|---|
| SMARTMATIC USA CORPORATION, SMARTMATIC INTERNATIONAL CORPORATION, and SMARTMATIC SERVICES CORPORATION<br><br>Plaintiffs,<br><br>-v-<br><br>DOMINION VOTING SYSTEMS CORPORATION and DOMINION VOTING SYSTEMS, INC.,<br><br>Defendants. | Civ. 13-05349 (KBF) |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Richard A. Johnston for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of Massachusetts, and that his contact information is as follows:

    Richard A. Johnston
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, Massachusetts 02109
    Telephone:  (617) 526 6282 / Facsimile:  (617) 526 5000
    Email: Richard.johnston@wilmerhale.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. in the above-entitled action,

IT IS HEREBY ORDERED, that Richard A. Johnston, Esq. is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

Dated: New York, New York
       8/26, 2013

                                                                       _____
                                                                         United States District Judge