UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMARTMATIC USA CORPORATION, SMARTMATIC INTERNATIONAL CORPORATION, and SMARTMATIC SERVICES CORPORATION<br><br>Plaintiffs,<br><br>-v-<br><br>DOMINION VOTING SYSTEMS CORPORATION and DOMINION VOTING SYSTEMS, INC.,<br><br>Defendants. | Civ. 13-05349 (KBF) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Defendants Dominion Voting Systems Corporation and Dominion Voting Systems, Inc.  I certify that I am admitted to practice in this court.

Dated: New York, New York
       August 28, 2013

Respectfully submitted,

WILMER CUTLER PICKERING HALE
 AND DORR LLP

/s/ Jeremy S. Winer_____
Jeremy S. Winer
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
(212) 230-8888 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMARTMATIC USA CORPORATION, SMARTMATIC INTERNATIONAL CORPORATION, and SMARTMATIC SERVICES CORPORATION<br><br>Plaintiffs,<br><br>-v-<br><br>DOMINION VOTING SYSTEMS CORPORATION and DOMINION VOTING SYSTEMS, INC.,<br><br>Defendants. | Civ. 13-05349 (KBF) |

## CERTIFICATE OF SERVICE

I, Jeremy S. Winer, hereby declare as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale & Dorr LLP,
2. I hereby certify, that on August 28, 2013, a copy of the foregoing notice of appearance was served on counsel of record via overnight mail.

I declare that the foregoing is true and correct.


Dated: New York, New York

   August 28, 2013

                                                     /s/ Jeremy S. Winer_____
                                                     Jeremy S. Winer