# Hogan Lovells

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

August 28, 2013

The Honorable Judge Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 15A
New York, New York 10007
BY EMAIL DELIVERY

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: AUG 2 8 2013

Re: **Smartmatic USA Corporation et al. v. Dominion Voting Systems Corporation et al., 13 Civ. 05349 (KBF)**

Dear Judge Forrest:

I write on behalf of plaintiffs Smartmatic USA Corporation ("Smartmatic USA"), Smartmatic International Corporation ("Smartmatic International") and Smartmatic Services Corporation ("Smartmatic Services" and together with Smartmatic USA and Smartmatic International, collectively, "Plaintiffs") to respectfully request, pursuant to your individual rule 1(G), an extension from September 3, 2013 to September 24, 2013 of Plaintiffs' deadline to oppose defendants' Motion to Dismiss the Complaint or, in the Alternative, to Stay this Action. Plaintiffs have not previously requested an adjournment of their deadline to oppose defendants' motion to dismiss but requested and obtained a 15-day adjournment of their deadline to oppose defendants' motion to transfer venue. Defendants have authorized us to represent that defendants consent to this request.

Respectfully submitted,

*/s/ David R. Michaeli*

David R. Michaeli

Direct: (212) 918-3017
Email: David.Michaeli@hoganlovells.com

*Counsel for Smartmatic USA Corporation,
Smartmatic International Corporation
and Smartmatic Services Corporation*

Ordered
Application granted.
K. B. Forrest
8/28/13   USDJ