UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMARTMATIC USA CORPORATION, SMARTMATIC INTERNATIONAL CORPORATION and SMARTMATIC SERVICES CORPORATION,<br><br>Plaintiffs,<br><br>– against –<br><br>DOMINION VOTING SYSTEMS CORPORATION and DOMINION VOTING SYSTEMS, INC.,<br><br>Defendants. | Civ. 13-05349 (KBF) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ira S. Greene of Hogan Lovells US LLP, an attorney admitted to practice in this Court, hereby appears as counsel on behalf of Plaintiffs Smartmatic USA Corporation, Smartmatic International Corporation and Smartmatic Services Corporation (collectively, the "Plaintiffs") in the above-captioned consolidated action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned.

\\NY - 038124/000002 - 2807654 v1

Dated:    New York, New York
         August 28, 2013

                                                **HOGAN LOVELLS US LLP**

                                                By: _____

                                                Ira S. Greene
                                                875 Third Avenue
                                                New York, NY 10022
                                                Tel:    (212) 918-3000
                                                Fax:   (212) 918-3100
                                                Email:  Ira.Greene@hoganlovells.com

                                                *Counsel for Smartmatic USA Corporation,*
                                                *Smartmatic International Corporation and*
                                                *Smartmatic Services Corporation*