UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SMARTMATIC USA CORPORATION,
SMARTMATIC INTERNATIONAL CORPORATION
and SMARTMATIC SERVICES CORPORATION,

    Plaintiffs,

– against –

DOMINION VOTING SYSTEMS CORPORATION
and DOMINION VOTING SYSTEMS, INC.,

    Defendants.

Civ. 13-05349 (KBF)

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David R. Michaeli of Hogan Lovells US LLP, an attorney admitted to practice in this Court, hereby appears as counsel on behalf of Plaintiffs Smartmatic USA Corporation, Smartmatic International Corporation and Smartmatic Services Corporation (collectively, the "Plaintiffs") in the above-captioned consolidated action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned.

\\NY - 038124/000002 - 2807656 v1

Dated:   New York, New York
         August 28, 2013

                                    **HOGAN LOVELLS US LLP**

                                    By: _/s/ David R. Michaeli_

                                    David R. Michaeli
                                    875 Third Avenue
                                    New York, NY 10022
                                    Tel:   (212) 918-3000
                                    Fax:   (212) 918-3100
                                    Email:  David.Michaeli@hoganlovells.com

                                    *Counsel for Smartmatic USA Corporation,*
                                    *Smartmatic International Corporation and*
                                    *Smartmatic Services Corporation*