```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SMARTMATIC USA CORPORATION,                     :
SMARTMATIC INTERNATIONAL CORPORATION            :
and SMARTMATIC SERVICES CORPORATION,            :
                                                :
                        Plaintiffs,             :
                                                :
        – against –                             :
                                                :        No. 13-CV-05349 (KBF)
DOMINION VOTING SYSTEMS CORPORATION             :
and DOMINION VOTING SYSTEMS, INC.,              :
                                                :
                        Defendants.             :
                                                :
------------------------------------------------------------------------X
```

## PLAINTIFFS' CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Smartmatic USA Corporation, Smartmatic International Corporation and Smartmatic Services Corporation, by and through their undersigned attorneys, state that they are each indirectly 100% owned by Smartmatic International Holding B.V., a Netherlands corporation.  No publicly held corporation owns 10% or more of the stock of Smartmatic International Holding B.V.

Dated: New York, New York
August 30, 2013

Respectfully submitted,

**HOGAN LOVELLS US LLP**

By: /s Marc J. Gottridge
   Ira S. Greene
   Marc J. Gottridge
   David R. Michaeli
875 Third Avenue
New York, NY 10022
Tel:    (212) 918-3000
Fax:    (212) 918-3100
Email:  Ira.Greene@hoganlovells.com
        Marc.Gottridge@hoganlovells.com
        David.Michaeli@hoganlovells.com

*Counsel for Plaintiffs Smartmatic USA Corporation, Smartmatic International Corporation and Smartmatic Services Corporation*

2