# **EXHIBIT E**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
) Case No. 10-24238 HRT
SVS Holdings, Inc. )
) Chapter 7
)
Debtor. )

NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

1. Tom Connolly, Esq. is appointed interim trustee of the estate of the captioned debtor(s).

2. The blanket bond previously filed on behalf of the interim trustee is approved.

3. Unless another trustee is elected at any meeting of creditors held pursuant to 11 U.S.C. Section 341, the interim trustee shall serve as trustee without further appointment or qualification.

4. The interim trustee shall be deemed to have accepted the appointment unless the interim trustee notifies the Court and the United States Trustee in writing of rejection within five (5) days after receipt of notice of appointment.

Dated: October 17, 2012

Richard A. Wieland
---------------------------------
United States Trustee