## **EXHIBIT I**

# Age of State Court Cases at Disposition

## Civil Cases: From Request for Judicial Intervention*

| | | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|
| | County | Median Days | Median Days | Median Days | Median Days |
| NYC by County | New York | 300 | 335 | 334 | 314 |
| | Bronx | 525 | 492 | 443 | 479 |
| | Kings | 541 | 554 | 529 | 538 |
| | Queens | 239 | 273 | 302 | 360 |
| | Richmond | 105 | 201 | 293 | 364 |
| | District | Median Days | Median Days | Median Days | Median Days |
| Upstate by District | 3 | 132 | 154 | 183 | 167 |
| | 4 | 141 | 172 | 242 | 237 |
| | 5 | 80 | 102 | 132 | 140 |
| | 6 | 139 | 153 | 194 | 242 |
| | 7 | 49 | 69 | 88 | 161 |
| | 8 | 105 | 141 | 185 | 202 |
| | 9 | 100 | 123 | 164 | 236 |
| | 10N | 269 | 334 | 357 | 363 |
| | 10S | 433 | 361 | 344 | 470 |
| Statewide | | 228 | 252 | 281 | 329 |

* Excludes tax certiorari and uncontested matrimonials.

## Felony Crimes: From Supreme Court Arraignment*

| | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|
| County | Median Days | Median Days | Median Days | Median Days |
| New York | 164 | 169 | 175 | 171 |
| Bronx | 271 | 279 | 335 | 347 |
| Kings | 187 | 190 | 161 | 162 |
| Queens | 250 | 249 | 243 | 242 |
| Richmond | 53 | 64 | 76 | 87 |
| NYC Total | 193 | 196 | 201 | 201 |
| Erie | 111 | 124 | 133 | 139 |
| Nassau | 109 | 122 | 144 | 155 |
| Suffolk | 135 | 144 | 151 | 156 |
| Westchester | 127 | 133 | 135 | 125 |
| Upstate Total | 123 | 132 | 145 | 147 |

* Includes indictments and felony complaints excludes Bronx merger cases; excludes Superior Court informations.
SOURCE: Office of Court Administration

## Family Court: From First Appearance*

| | 2008 | | 2009 | | 2010 | | 2011 | |
|---|---|---|---|---|---|---|---|---|
| | Category 1** | Category 2*** | Category 1 | Category 2 | Category 1 | Category 2 | Category 1 | Category 2 |
| New York | 41 | 188 | 48 | 157 | 66 | 152 | 57 | 125 |
| Kings | 35 | 280 | 35 | 316 | 35 | 307 | 34 | 248 |
| Bronx | 52 | 233 | 56 | 203 | 53 | 237 | 49 | 221 |
| Queens | 36 | 306 | 42 | 288 | 53 | 298 | 57 | 152 |
| Richmond | 43 | 166 | 42 | 268 | 43 | 315 | 43 | 281 |
| NYC Total | 41 | 243 | 45 | 244 | 54 | 255 | 50 | 205 |
| District 3 | 15 | 51 | 17 | 56 | 23 | 59 | 28 | 71 |
| District 4 | 16 | 44 | 24 | 61 | 29 | 58 | 31 | 87 |
| District 5 | 19 | 50 | 22 | 52 | 27 | 55 | 29 | 71 |
| District 6 | 15 | 58 | 20 | 49 | 25 | 64 | 27 | 84 |
| District 7 | 14 | 63 | 18 | 73 | 23 | 85 | 20 | 92 |
| District 8 | 22 | 78 | 27 | 78 | 34 | 97 | 37 | 97 |
| District 9 | 11 | 32 | 16 | 23 | 22 | 41 | 21 | 56 |
| District 10 | 21 | 22 | 24 | 28 | 26 | 35 | 24 | 45 |
| Upstate Total | 18 | 47 | 21 | 47 | 27 | 56 | 27 | 70 |
| Statewide Total | 25 | 77 | 28 | 80 | 34 | 102 | 35 | 104 |

* Cases where tolled time was greater than time between first appearance and disposition were excluded.
** Includes custody and visitation, designated felony, family offense, guardianship, juvenile delinquency, paternity, PINS, support, UIFSA.
*** Includes abuse, adoption, adoption certification, adoption surrender, foster care placement, neglect and termination of parental rights.

## New York City Criminal Court: From Arraignment*

| | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|
| | Median Days | Median Days | Median Days | Median Days |
| New York | 97 | 89 | 92 | 83 |
| Bronx | 73 | 64 | 92 | 90 |
| Kings | 93 | 92 | 88 | 91 |
| Queens | 71 | 70 | 71 | 76 |
| Richmond | 89 | 97 | 98 | 92 |
| NYC Total | 90 | 85 | 86 | 84 |

* Excludes cases disposed of at arraignment.